UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JEANNE BARRAGAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF EUREKA, et al., <br><br> Defendants. | Case No.  15-cv-02070-WHO  (NJV) <br><br> **ORDER DENYING REQUEST TO ALLOW ATTORNEY RENEE S. VALENTINE TO APPEAR AT STATUS CONFERENCE** <br><br> Re: Dkt. No. 23 |

Plaintiff's request to allow attorney Renee S. Valentine to appear at the status conference is HEREBY DENIED.

**IT IS SO ORDERED**.

Dated:  March 17, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge