UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JEANNE BARRAGAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF EUREKA, et al.,<br><br>    Defendants. | Case No.  15-cv-02070-WHO  (NJV)<br><br>**ORDER RESCHEDULING STATUS CONFERENCE** |

The telephonic status conference set for March 22, 2016, is HEREBY RESCHEDULED for March 29, 2016, at 1:00 pm.  Mr. Galipo shall appear at the telephonic conference.  The call-in information remains unchanged.

**IT IS SO ORDERED**.

Dated: March 17, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge