# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# EUREKA DIVISION

| | |
|---|---|
| JEANNE BARRAGAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF EUREKA, et al., <br><br> Defendants. | Case No.  15-cv-02070-WHO (NJV) <br><br> **ORDER RESCHEDULING STATUS CONFERENCE** |

Due to the unavailability of Plaintiff's counsel, the telephonic status conference set for March 29, 2016, is HEREBY RESCHEDULED for April 5, 2016, at 1:00 pm.  Mr. Galipo shall appear at the telephonic conference.  The call-in information remains unchanged.

**IT IS SO ORDERED**.

Dated: March 25, 2016

NANDOR J. VADAS
United States Magistrate Judge