UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JEANNE BARRAGAN, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>CITY OF EUREKA, et al.,<br><br>        Defendants. | Case No.  15-cv-02070-WHO (NJV)<br><br>**ORDER RE STATUS CONFERENCE** |

    The telephonic status conference set in this matter for April 5, 2016, remains on calendar. Mr. Galipo is ordered to appear.  The matter will be called first on the 1:00 p.m. calendar.

    **IT IS SO ORDERED**.

Dated: March 29, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge