Dale K. Galipo, SBN 144074
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333
Attorneys for Plaintiffs

Nancy K. Delaney, SBN 70617
Nicholas R. Kloeppel, SBN 186165
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586
Attorneys for Defendants
CITY OF EUREKA and CITY OF
EUREKA POLICE DEPARTMENT
OFFICER STEPHEN LINFOOT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE McCLAIN; and JEANNE BARRAGAN, in each case individually and as successor in interest to Thomas McClain, deceased, <br><br> Plaintiffs, <br><br> vs. <br> CITY OF EUREKA; CITY OF EUREKA POLICE DEPARTMENT OFFICER STEPHEN LINFOOT; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO.: CV-15-02070-WHO <br><br> **ORDER OF DISMISSAL** <br><br> Honorable William H. Orrick |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

_____
1
ORDER OF DISMISSAL

1   Good cause appearing therefore, based upon the stipulation of the parties hereto
2   through counsel,
3   IT IS HEREBY ORDERED that this action is dismissed, with prejudice.

DATED: December 29, 2016

_____
HONORABLE WILLIAM H. ORRICK
United States District Court

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

_____
2
ORDER OF DISMISSAL